UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MICHELE SPAGNUOLO,
   a/k/a "AlphaRaccoon,"

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/1/2026

26 Cr. 278 (AT)

**ORDER**

ANALISA TORRES, District Judge:

This case has been assigned to Judge Torres.  The parties shall appear for an initial conference in this matter on **July 13, 2026**, at **10:00 a.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: July 1, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge