

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 23, 2026

**BY ECF**
Hon. Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> **Re:** *United States v. Michele Spagnuolo*, **26 Cr. 278 (AT)**

Dear Judge Torres:

    The Government respectfully writes to request an additional week for the parties to submit a joint letter concerning a proposed trial date in this matter, as there are potential scheduling conflicts with other matters that are likely to resolve next week. Accordingly, the Government requests the deadline for the joint letter be set for July 31, 2026. Counsel for defendant Michele Spagnuolo do not object to this request.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney

by: /s/ _____
    Thomas Burnett / Ryan B. Finkel / Allison Nichols
    Assistant United States Attorneys
    (212) 637-1064 / 6612 / 2366