USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/24/2026

**U.S. Departm**

*United States*
*Southern Dist*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 23, 2026

**BY ECF**
Hon. Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re: *United States v. Michele Spagnuolo*, 26 Cr. 278 (AT)**

Dear Judge Torres:

The Government respectfully writes to request an additional week for the parties to submit a joint letter concerning a proposed trial date in this matter, as there are potential scheduling conflicts with other matters that are likely to resolve next week. Accordingly, the Government requests the deadline for the joint letter be set for July 31, 2026. Counsel for defendant Michele Spagnuolo do not object to this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

GRANTED. By **July 31, 2026**, the parties shall submit their joint letter.

SO ORDERED.

Dated: July 24, 2026
New York, New York

ANALISA TORRES
United States District Judge