# Hecker Fink LLP

**NEW YORK | WASHINGTON, DC | LOS ANGELES**

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883
WWW.HECKERFINK.COM

scrowley@heckerfink.com

July 31, 2026

**BY CM/ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *United States v. Spagnuolo*, 26 Cr. 278 (AT)

Dear Judge Torres:

We represent Michele Spagnuolo in the above-captioned matter and write in response to the Court's instruction during the July 13, 2026 conference to provide the parties' joint proposed trial date. The parties propose that trial in this matter be scheduled for no earlier than March 2027. The defense has no objection to the exclusion of time through a March 2027 trial date.

Given that proposed trial schedule, the parties have agreed to adjourn the briefing schedule for the defense's pretrial motions, currently due on August 12, 2026, by two weeks. The parties have not previously sought an extension of the briefing schedule.

Accordingly, the parties respectfully request that the Court set a trial date no sooner than March 1, 2027, and adopt the following pretrial motions schedule: defense motions to be filed by August 26, 2026; the government's responses to be filed by September 16, 2026; and any defense replies to be filed by September 30, 2026.

Respectfully submitted,

Shawn G. Crowley
Michael Ferrara
Andrew Chesley
Allison Durkin
Hecker Fink LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Telephone: (212) 763-0883
scrowley@heckerfink.com

# Hecker Fink LLP

2

mferrara@heckerfink.com
achesley@heckerfink.com
adurkin@heckerfink.com

Counsel for Michele Spagnuolo

cc:    AUSAs Thomas Burnett, Ryan Finkel, Allison Nichols