## Hecker Fink LLP

**NEW YORK | WASHINGTON, DC | LOS ANGELES**

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883
WWW.HECKERFINK.COM

mferrara@heckerfink.com

August 7, 2026

**BY CM/ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *United States v. Spagnuolo*, 26 Cr. 278 (AT)

Dear Judge Torres:

  We represent Michele Spagnuolo in the above-captioned matter. Pursuant to Local Civil Rule 67.1 of the United States District Courts for the Southern and Eastern Districts of New York, we respectfully write to request an order directing the Clerk of Court to deposit $597,282 cash bail, posted in connection with Mr. Spagnuolo's May 28, 2026, Appearance Bond, into an interest-bearing account within the Court Registry Investment System ("CRIS") account.

  As required pursuant to Local Civil Rule 67.1(a), we attach a proposed order directing the Clerk of Court to deposit these funds into a CRIS account, which the Clerk's Office has reviewed and approved for compliance. Because the proposed order includes the names of the pertinent payees, as the Clerk's Office so-advised, we respectfully move to maintain these names under seal and file a public version of the proposed order with redactions. The government does not oppose.

         Respectfully submitted,

         Shawn G. Crowley
         Michael Ferrara
         Andrew Chesley
         Hecker Fink LLP
         350 Fifth Avenue, 63rd Floor
         New York, New York 10118
         Telephone: (212) 763-0883
         mferrara@heckerfink.com
         scrowley@heckerfink.com
         achesley@heckerfink.com

         Counsel for Michele Spagnuolo

cc:  AUSA Ryan Finkel