**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 17, 2026

**BY ECF**
Hon. Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re: *United States v. Michele Spagnuolo*, 26 Cr. 278 (AT)**

Dear Judge Torres:

The Government respectfully writes in response to the Court's order of August 3, 2026 directing the parties to confer on the anticipated trial length. Based on the anticipated length of the Government and defense cases, the parties expect a two-week trial.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: /s/____________________________
Thomas Burnett / Ryan B. Finkel /
Allison Nichols
Assistant United States Attorneys
(212) 637-1064 / 6612 / 2366