USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/1/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

MICHELE SPAGNUOLO,

Defendant.

26 Cr. 278 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The conference currently scheduled for October 5, 2026 is ADJOURNED to **November 9, 2026**, at **2:00 p.m.,** in Courtroom 15D of the United States Courthouse, 500 Pearl St., New York, New York, 10007.

SO ORDERED.

Dated: October 1, 2026
New York, New York

ANALISA TORRES
United States District Judge