USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 10/7/2026____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

MICHELE SPAGNUOLO,

Defendant.

26 Cr. 278 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the Commodity Futures Trading Commission (CFTC)'s request for leave to file an amicus brief in support of the United States of America's response opposing the Defendant's motion to dismiss the indictment. ECF No. 49; *see also* ECF No. 48 (opposition brief).

"District courts have broad discretion to permit or deny an appearance as amicus curiae in a case." *Auto. Club of New York, Inc. v. Port Auth. of New York & New Jersey*, No. 11 Civ. 6746, 2011 WL 5865296, *1 (S.D.N.Y. Nov. 22, 2011); *accord Jamaica Hosp. Medical Ctr., Inc. v. United Health Group, Inc.*, 584 F.Supp.2d 489, 497 (E.D.N.Y. 2008). "The usual rationale for *amicus curiae* submissions is that they are of aid to the court and offer insights not available from the parties." *United States v. El-Gabrowny*, 844 F.Supp. 955, 957 n. 1 (S.D.N.Y. 1994).

The CFTC "is the federal agency charged with administering and enforcing the Commodity Exchange Act ('CEA'), 7 U.S.C. §§ 1–26. The CEA and the CFTC's rules provide the regulatory framework for the trading of commodity derivatives, including 'swaps,' in the United States." CFTC Proposed Amicus Brief at 1, ECF No. 49-1. The definition of a swap under the CEA is a core legal issue in this case. Upon review of the CFTC's request and proposed amicus brief, the Court concludes that the CFTC's analysis of the regulatory framework for trading commodity derivatives, including swaps, would "aid . . . the court and offer insights not available from the parties." *El-Gabrowny*, 844 F.Supp. at 957 n.1.

Accordingly, the CFTC's request for leave to file the proposed amicus brief is GRANTED. The proposed brief at ECF No. 49-1 shall be made part of the record in this case.

SO ORDERED.

Dated: October 7, 2026
New York, New York

ANALISA TORRES
United States District Judge