USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 10/16/2026

UNITED STATES DISTRICT COUR
SOUTHERN DISTRICT OF NEW YOI

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MICHELE SPAGNUOLO,<br><br>Defendant. | No. 26 Cr. 278 (AT) |

**MOTION FOR LEAVE TO FILE UNDER SEAL MEMORANDA OF LAW IN SUPPORT OF AND CERTAIN EXHIBITS TO DEFENDANT'S MOTION TO DISMISS THE INDICTMENT AND MOTION TO SUPPRESS POST-ARREST STATEMENTS AND FRUITS THEREOF AND TO MANUALLY FILE UNDER SEAL CERTAIN EXHIBITS**

Defendant Michele Spagnuolo, through counsel, respectfully requests leave to file under seal Exhibits B and C to his Motion to Dismiss the Indictment, Exhibits A through G to his Motion to Suppress Post-Arrest Statements and Fruits Thereof, and his Memoranda of Law in support of both such motions. Mr. Spagnuolo files this motion for leave to seal in accordance with the protective order that the Court has entered in this case, which requires that "Sealed Material pertinent to any motion before the Court should initially be filed under seal, absent consent of the party not filing the material or Order of the Court." Dkt. No. 24 ¶ 6. The exhibits that Mr. Spagnuolo seeks leave to file under seal were designated as Confidential or Attorney's Possession Only by the government. Mr. Spagnuolo's memoranda of law include quotations from or paraphrases of the exhibits.

Exhibits B and C to Mr. Spagnuolo's Motion to Suppress Post-Arrest Statements and Fruits Thereof are a videorecording and transcript, respectively, of Mr. Spagnuolo's custodial interrogation by FBI agents on May 27, 2026. Mr. Spagnuolo's motion refers extensively to these

exhibits. The defense will confer with the government as to which references to these exhibits in Mr. Spagnuolo's memorandum of law can be filed publicly.

Mr. Spagnuolo further requests leave to file manually Exhibits B and F to his Motion to Suppress Post-Arrest Statements and Fruits Thereof, which are video recordings. With the Court's permission, Mr. Spagnuolo will provide these exhibits to the Court's Records Management Department on a CD or other similar media.

GRANTED.

SO ORDERED.

Dated: October 16, 2026
New York, New York

ANALISA TORRES
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2026, I electronically filed a redacted version of the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of Electronic Filing to the following: Thomas Burnett, Ryan Finkel, and Allison Nichols, Assistant United States Attorneys, 26 Federal Plaza, 38th Floor, New York, NY 10278.

Copies of the unredacted document and of the sealed exhibits have been served by electronic mail on AUSAs Thomas Burnett, Ryan Finkel, and Allison Nichols.

