USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 10/22/2026____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

MICHELE SPAGNUOLO,

Defendant.

26 Cr. 278 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By sealed order dated October 19, 2026 (the "Order"), the Court granted in part Defendant's motion to suppress and directed the parties to jointly propose redactions to the Order, if necessary, prior to public filing. *See* ECF No. 54. The parties have advised the Court that they do not request redactions to the Order. Accordingly, the Order is hereby unsealed.

The Clerk of Court is respectfully directed to unseal ECF No. 54.

SO ORDERED.

Dated: October 22, 2026
New York, New York

ANALISA TORRES
United States District Judge