USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

MICHELE SPAGNUOLO,

Defendant.

26 Cr. 278 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By email dated October 22, 2026, the parties jointly requested adjournment of the suppression hearing scheduled for October 29, 2026. The suppression hearing is hereby ADJOURNED to **December 21, 2026**, at **10:00 a.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl St., New York, New York 10007.

Should the Court grant Defendant's anticipated request for oral argument on his motion to dismiss the indictment, oral argument will be held during the same appearance.

SO ORDERED.

Dated: October 23, 2026
New York, New York

ANALISA TORRES
United States District Judge