USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/23/2026

Hecker Fink LLP

NEW YORK | WASHINGTON, DC | LOS ANGELES

350 FIF
NEW YO

TEL (21
WWW.H

scrowley

October 22, 2026

**BY EMAIL AND CM/ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Spagnuolo*, 26 Cr. 278 (AT)

Dear Judge Torres:

Michele Spagnuolo writes to respectfully request that the Court modify his conditions of release to permit him to return home to Switzerland pending trial (traveling here for any Court appearance in the meantime). The government consents to this request, provided that two additional persons co-sign the current bond. Mr. Spagnuolo has identified and secured the agreement of these additional sureties, whom the government has approved. Pretrial Services also consents to this request.

The parties specifically request the following modifications to Mr. Spagnuolo's bail conditions:

a. the condition restricting travel to SDNY and EDNY be modified to permit travel to and from Switzerland, as well as points in between during transit;

b. the personal recognizance bond be signed by two additional co-signers who are U.S. persons or have property in the United States;

c. the condition that Mr. Spagnuolo must surrender all passports and travel documents and make no new applications to any country be modified to permit him to obtain his passport from Pretrial Services;

d. removal of the conditions requiring Pretrial Supervision, including Mr. Spagnuolo's curfew with location monitoring;

e. Mr. Spagnuolo shall return to the United States for court appearances or upon receiving notice from the Court that his appearance is required and may return to participate in his defense; and

f. Mr. Spagnuolo may retain his passport solely for the purposes of travel between the United States and Switzerland. He must surrender his passport within 72 hours of his arrival in Switzerland to Lexify SA and must surrender his passport within 72 hours of his arrival in the United States to Hecker Fink LLP.

g. Mr. Spagnuolo shall return to the United States and surrender his travel documents 30 days prior to the date of trial, if any, and remain in the United States through the conclusion of trial.

Accordingly, Mr. Spagnuolo respectfully requests that the Court modify the conditions of his release as set forth above, to permit him to reside with his family in Switzerland pending trial and to enable him to travel between Switzerland and the Southern and Eastern Districts of New York to participate in his defense and to appear before the Court as required. The parties agree that, except for the modifications above, the original conditions of Mr. Spagnuolo's release will remain in effect, including that Mr. Spagnuolo submit to supervision as directed by Pretrial Services and not open any new personal or business bank accounts, cryptocurrency accounts, or brokerage accounts without prior approval. We appreciate the Court's swift consideration of this request in light of Mr. Spagnuolo's current Swiss residency permit, which will automatically lapse if he remains outside of Switzerland past mid-November.

Respectfully submitted,

Shawn G. Crowley
Michael Ferrara

Counsel for Michele Spagnuolo

cc: AUSAs Thomas Burnett, Ryan Finkel, Allison Nichols

GRANTED.

SO ORDERED.

Dated: October 23, 2026
New York, New York

ANALISA TORRES
United States District Judge