USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 11/5/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

MICHELE SPAGNUOLO,

Defendant.

26 Cr. 278 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The appearance scheduled for December 21, 2026, at 10:00 a.m**,** in Courtroom 15D of the United States Courthouse, 500 Pearl St., New York, New York, 10007 is rescheduled to **9:00 a.m.** on the same date.

SO ORDERED.

Dated: November 5, 2026
New York, New York

ANALISA TORRES
United States District Judge