**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

**United States District Court**

U.S. DISTRICT COURT FILED NOV 1 2026 S.D. OF N.Y.

Southern District of New York

Caption:
United States v.

Michele Spagnuolo

Docket No.: 26 Cr. 278 (AT)

(District Court Judge)

Notice is hereby given that the United States of America appeals to the United States Court of Appeals for the Second Circuit from the judgment [ ], other [✓] order suppressing evidence (specify)

entered in this action on October 19, 2026 (date).

This appeal concerns: Conviction only [ ] Sentence only [ ] Conviction & Sentence [ ] Other [✓]

Defendant found guilty by plea [ ] trial [ ] N/A [ ].

Offense occurred after November 1, 1987? Yes [✓] No [ ] N/A [ ]

Date of sentence: ____________ N/A [✓]

Bail/Jail Disposition: Committed [ ] Not committed [✓] N/A [ ]

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 11/17/2026

Appellant is represented by counsel? Yes [✓] No [ ] If yes, provide the following information:

Defendant's Counsel: Shawn G. Crowley and Mike Ferrara

Counsel's Address: Hecker Fink LLP
350 Fifth Avenue, 63rd Floor, New York, NY 10118

Counsel's Phone: (212) 763-0883

Assistant U.S. Attorney: Thomas Burnett, Ryan Finkel, and Allison Nichols

AUSA's Address: 26 Federal Plaza
New York, NY 10278

AUSA's Phone: (212) 637-1064

Signature

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. –<br><br>MICHELE SPAGNUOLO,<br><br>Defendant. | CERTIFICATION<br><br>26 Cr. 278 (AT) |

Pursuant to 18 U.S.C. § 3731, I hereby certify that the Government's appeal of the order of the District Court dated October 19, 2026 (the "October 19 Order"), granting defendant Michele Spagnuolo's motion to suppress, is not taken for purpose of delay, and that the evidence suppressed pursuant to the October 19 Order is a substantial proof of a fact material in the proceeding.

Dated: New York, New York
November 17, 2026

SEAN S. BUCKLEY
Deputy United States Attorney
Acting Under Authority Conferred
by 28 U.S.C. § 515

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by electronic mail and ECF on November 17, 2026 on:

Shawn G. Crowley
Mike Ferrara
Hecker Fink LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Tel. (212) 763-0883
scrowley@heckerfink.com

Thomas Burnett/Ryan Finkel/Allison Nichols
Assistant United States Attorneys
(212) 637-1064

Dated: New York, New York
November 17, 2026